FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 18 PM 4: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SHELBY COUNTY HEALTH CARE CORP
d/b/a REGIONAL MEDICAL CENTER

PLAINTIFF

VS.                                           CIVIL ACTION NO. 2:04-CV-02182

LARRY VANCE

DEFENDANT

## AGREED ORDER OF DISMISSAL

This Court has been advised that the parties have reached a settlement in this matter and does hereby order that this cause is dismissed with prejudice, each party to pay their own costs.

**ORDERED AND ADJUDGED** this, the 18th day of July, 2005.

_____
UNITED STATES DISTRICT COURT
JUDGE

APPROVED:

_____
Gary McCullough
Attorney for Plaintiff
The Regional Medical Center

_____
Dana J. Swan
Attorney for Larry Vance

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-19-05

RECEIVED JUL 15 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02182 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Teresa Ann McCullough
MCCULLOUGH & MCCULLOUGH
9050 Corporate Gardens Dr.
Germantown, TN 38138

Dana J. Swan
CHAPMAN, LEWIS & SWAN
P.O. Box 428
Clarksdale, MS 38614

Sheldon Jay Miller
WEISS MILLER WEISS
100 N. Main St.
Ste. 1201
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT